# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NANCY S. DAVIDSON and**                                  **PLAINTIFFS**
**MICHAEL A. DAVIDSON**

**v.**                   **Case No. 4:20-CV-00244-BSM**

**ETHICON, INC.,** *et al.*                                              **DEFENDANTS**

## ORDER

This case was transferred from the Southern District of West Virginia, *see* Doc. No. 105. The local rules of the Eastern District of Arkansas require that summary judgment motions be submitted with concise statements of material facts. Local Rule 56.1. If a non-movant opposes summary judgment, it must submit a concise statement of disputed material facts along with its response brief.

Defendants are instructed to submit a statement of facts in support of its motion for partial summary judgment, Doc. No. 68, by October 15, 2020. Plaintiffs are instructed to submit a statement of disputed material facts, in support of its response, Doc. No. 74, by October 29, 2020. The clerk is directed to stay the case until October 29, 2020.

IT IS SO ORDERED this 25th day of September, 2020.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE