IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NANCY DAVIDSON and
MICHAEL DAVIDSON**                                                                             **PLAINTIFFS**

**v.**                               **CASE NO. 4:20-CV-00244-BSM**

**ETHICON, INC., and
JOHNSON & JOHNSON**                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE